## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CLEMENTE GARCIA AGUILAR, an individual,

Plaintiff,

vs.

JBS PREPARED FOODS, INC., a Delaware Corporation; JBS USA FOODS GROUP HOLDINGS, INC. a Delaware Corporation; WESLEY BATISTA FILHO, an individual; and DOES 1 - 50, Inclusive,

Defendants.

Case No. 2:26-cv-00971-CKD

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL AND FOR LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL AND FOR LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT

Upon consideration of the Joint Stipulation of Dismissal and for Leave for Plaintiff to File Amended Complaint ("Joint Stipulation") filed by Plaintiff Clemente Garcia Aguilar ("Plaintiff") and Defendants JBS Prepared Foods, Inc., JBS USA Foods Group Holdings, Inc., and Wesley Batista Filho (collectively, "Defendants"), and for good cause shown, the Court GRANTS the Joint Stipulation and HEREBY ORDERS:

JBS USA Foods Group Holdings, Inc. and Wesley Batista Filho shall be dismissed without prejudice as defendants; JBS Prepared Foods, Inc.'s deadline for responding to the Complaint is vacated; Plaintiff is granted leave to file an amended complaint within 14 days of this Order; and JBS Prepared Foods, Inc. shall respond to the amended complaint within 14 days of service thereof.

**IT IS SO ORDERED.**

Dated: 04/22/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL AND FOR LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT